UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
 )
        Plaintiff, )
 )
 ) CASE NO. **07-221M**
   vs. )
 )
**LUIS MONTANO-Rios** )
 )
        Defendant. )

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **8TH** day of **NOVEMBER**, 2007,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                            _____
                                         Honorable Mary Pat Thynge
                                         U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

NOV 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE