UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

LUIS MONTANO-RIOS,

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

**CASE NO. 07-221-M**

I, **LUIS MONTANO-RIOS**, charged in a complaint pending in this District with **ILLEGAL RE-ENTRY AFTER DEPORTATION**, in violation of Title **8**, U.S.C., **1326(a)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.



_Defendant_

_Counsel for Defendant_

FILED

NOV 1 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*11/14/07*