**REDACTED**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-*164* |
| Plaintiff, : | |
| v. : | |
| : | |
| LUIS MONTANO-RIOS, : | **REDACTED** |
| : | |
| Defendant. : | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about November 2, 2007, in the State and District of Delaware, LUIS MONTANO-RIOS, defendant herein, an alien and citizen of Mexico, was found in the United States and was knowingly in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about September 3, 2005, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border Transportation, Department of Homeland Security, had expressly consented to the defendant's reapplication for admission, in violation of



FILED

DEC - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____

COLM F. CONNOLLY
United States Attorney

By: /s/ _____
Seth M. Beausang
Assistant United States Attorney
Dated: December 4, 2007.